UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

SHARON T. DIXON, )
 )
       Plaintiff, ) **JUDGMENT**
 )
v. ) No. 5:13-CV-570-FL
 )
 )
 )
CAROLYN W. COLVIN, )
Acting Commissioner of Social Security, )
 )
       Defendant. )

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of plaintiff's notice of withdrawal of complaint, filed November 19, 2013.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's text order entered November 19, 2013, that plaintiff's notice of withdrawal is construed as a motion to dismiss, without prejudice, and said motion is allowed. This case is dismissed.

**This Judgment Filed and Entered on November 19, 2013, and Copies To:**

Kimberly D. Bishop (via CM/ECF Notice of Electronic Filing)
Mary Ellen Russell (via CM/ECF Notice of Electronic Filing)


November 19, 2013                JULIE A. RICHARDS, CLERK
                                           /s/ Christa N. Baker
                                          (By) Christa N. Baker, Deputy Clerk